**STATE of Missouri, Respondent,**

v.

**John L. SANDERS, Appellant.**

**No. WD 53498.**

Missouri Court of Appeals,
Western District.

Dec. 30, 1997.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Joiner, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

John L. Sanders appeals the circuit court's judgment of convictions and consecutive sentences totaling two hundred and twenty-five years for ten counts of first-degree robbery, § 569.020, RSMo 1994; four counts of first-degree burglary, § 569.160, RSMo 1994; three counts of kidnapping, § 565.110, RSMo 1994; one count of forcible sodomy, § 566.060, RSMo 1994; one count of attempted robbery, § 569.020, RSMo 1994; and nineteen counts of armed criminal action, § 571.015, RSMo, 1994.

Judgment affirmed. Rule 30.25(b).